IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

EAST CENTRAL ILLINOIS PIPE TRADES )
HEALTH & WELFARE FUND, PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION FUND, )
INTERNATIONAL TRAINING FUND, WEST )
CENTRAL ILLINOIS BUILDING TRADES )
CREDIT UNION, POLITICAL EDUCATION )
COMMITTEE FUND, MID-ILLINI )
MECHANICAL CONTRACTORS ASSOCIATION )
INDUSTRY TRUST FUND, TRI-COUNTY ) No. 12-cv-1100
CONSTRUCTION LABOR-MANAGEMENT )
COUNCIL (TRICON), STEAMFITTERS )
LOCAL #353 and PLUMBERS LOCAL #63, )
)
    Plaintiffs, )
)
vs. )
)
SCHAEFER PLUMBING & PIPING, INC. and )
CARLA J. SCHAEFER, INDIVIDUALLY, )
)
    Defendants. )

### CARLA J. SCHAEFER'S ANSWER TO COMPLAINT
### AND DEFENSES

Carla J. Schaefer, by Howard & Howard Attorneys PLLC, files her answer to Plaintiffs' Complaint and raises defenses thereto as follows:

### COUNT I

### DELINQUENT CONTRIBUTIONS

### EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, *et al.*, SCHAEFER PLUMBING & PIPING, INC.

Schaefer Plumbing & Piping, Inc. was dissolved November 22, 2011, and is not doing business. The allegations in the paragraphs in this Count are not made against Carla J. Schaefer and therefore require no response. To the extent an answer may be deemed required, deny.

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

#2025642-v1

Howard & Howard
law for business·

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

## COUNT II

## DELINQUENT CONTRIBUTIONS

### EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND, *et al.* CARLA J. SCHAEFER, Individually

1-11.  Plaintiffs re-asserts and re-alleges paragraphs 1 through 11 of Count I as and for paragraphs 1 through 11 of Count II as if fully set forth herein.

**ANSWER:**

**Schaefer Plumbing & Piping, Inc. was dissolved November 22, 2011, and is not doing business. The allegations in these paragraphs are not made against Carla J. Schaefer and therefore require no response. To the extent an answer may be deemed required, deny.**

12.  At the time the aforementioned agreements were entered into the Defendant, CARLA J. SCHAEFER, Individually, had no intention of reporting all hours worked by covered employees, paying contributions for all hours worked by covered employees or otherwise complying with the provisions of these agreements, to the detriment and reliance of Plaintiffs. Upon information and belief, CARLA J. SCHAEFER, is responsible for deciding whether or not to report all hours worked by covered employees, paying contributions for all hours worked by covered employee or otherwise complying with the provisions of the aforementioned agreements.

**ANSWER:**

**Deny.**

13.  Upon information and belief, the Defendant, CARLA J. SCHAEFER, either through her own actions or by directing other employees of SCHAEFER PLUMBING & PIPING, INC., refused to, or intentionally failed to report all hours worked by covered

2

employees, pay contributions for all hours worked by covered employees or otherwise comply with the provisions of the aforementioned agreements.

ANSWER:

**Deny.**

14. Upon information and belief, the Defendant, CARLA J. SCHAEFER, is the agent of the Defendant, SCHAEFER PLUMBING & PIPING, INC., and was in control of labor relations and exerted control over the Defendant, SCHAEFER PLUMBING & PIPING, INC., and the unreported employees and hours and delinquent contributions owed as set forth herein.

ANSWER:

**Deny.**

15. Pursuant to § 1140 of ERISA, it is unlawful for any person to interfere with the attainment of any right to which a participant may become entitled to under an employee benefit plan such as the plans administered by the EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND *et al.*

ANSWER:

**Admit, but deny Plaintiffs have valid claims against Carla J. Schaefer under this provision.**

16. Based upon and through her actions, the Defendant, CARLA J. SCHAEFER, interfered with the attainment of rights that unreported employees were entitled to under the Collective Bargaining Agreement, Agreements and Declarations of Trusts and ERISA.

ANSWER:

**Deny.**

17. Based upon and through her actions, the Defendant, CARLA J. SCHAEFER, Individually, is obligated to pay the delinquent contributions, liquidated damages, and attorney

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

fees and court costs owed to the Plaintiffs, EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND *et al.,* pursuant to the Collective Bargaining Agreement, Agreements and Declarations of Trusts, and ERISA.

**ANSWER:**

**Deny.**

18. Pursuant to the terms of the Collective Bargaining Agreement and the Agreements and Declarations of Trusts, the Defendant is liable for, in addition to liquidated damages, interest, reasonable attorney fees, court costs and all other reasonable expenses incurred by the EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND *et al.* in connection with the collection of delinquent contributions from the Defendant.

**ANSWER:**

**Deny.**

19-22. Plaintiffs, EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND *et al.* re-asserts and re-alleges paragraphs 12 through 15 of Count I as and for paragraphs 19 through 22 of Count II as if fully set forth herein.

**ANSWER:**

**Schaefer Plumbing & Piping, Inc. was dissolved November 22, 2011, and is not doing business. The allegations in these paragraphs are not made against Carla J. Schaefer and therefore require no response. To the extent an answer may be deemed required, deny.**

WHEREFORE, Carla J. Schaefer prays Count II be dismissed and that she be awarded such other relief, including costs and reasonable attorneys' fees, as may be just.

## COUNT III

## DELINQUENT CONTRIBUTIONS

**PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND,** *et al.*

Howard & Howard
law for business·

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

<u>SCHAEFER PLUMBING & PIPING INC.</u>

**Schaefer Plumbing & Piping, Inc. was dissolved November 22, 2011, and is not doing business. The allegations in the paragraphs in this Count are not made against Carla J. Schaefer and therefore require no response. To the extent an answer may be deemed required, deny.**

<u>COUNT IV</u>

<u>DELINQUENT CONTRIBUTIONS</u>

<u>PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND
CARLA J. SCHAEFER, Individually</u>

1-11.   Plaintiffs re-asserts and re-alleges paragraphs 1 through 11 of Count III as and for paragraphs 1 through 11 of Count IV as if fully set forth herein.

**ANSWER:**

**Schaefer Plumbing & Piping, Inc. was dissolved November 22, 2011, and is not doing business. The allegations in these paragraphs are not made against Carla J. Schaefer and therefore require no response. To the extent an answer may be deemed required, deny.**

12.   At the time the aforementioned agreements were entered into the Defendant, CARLA J. SCHAEFER, Individually, had no intention of reporting all hours worked by covered employees, paying contributions for all hours worked by covered employees or otherwise complying with the provisions of these agreements, to the detriment and reliance of Plaintiffs. Upon information and belief, CARLA J. SCHAEFER, is responsible for deciding whether or not to report all hours worked by covered employees, paying contributions for all hours worked by covered employee or otherwise complying with the provisions of the aforementioned agreements.

**ANSWER:**

   **Deny.**

5

13. Upon information and belief, the Defendant, CARLA J. SCHAEFER, either through her own actions or by directing other employees of SCHAEFER PLUMBING & PIPING, INC., refused to, or intentionally failed to report all hours worked by covered employees, pay contributions for all hours worked by covered employees or otherwise comply with the provisions of the aforementioned agreements.

**ANSWER:**

**Deny.**

14. Upon information and belief, the Defendant, CARLA J. SCHAEFER, is the agent of the Defendant, SCHAEFER PLUMBING & PIPING INC., and was in control of labor relations and exerted control over the Defendant, SCHAEFER PLUMBING & PIPING, INC., and the unreported employees and hours and delinquent contributions owed as set forth herein.

**ANSWER:**

**Deny.**

15. Pursuant to § 1140 of ERISA, it is unlawful for any person to interfere with the attainment of any right to which a participant may become entitled to under an employee benefit plan such as the plans administered by the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, *et al.*

**ANSWER:**

**Admit, but deny Plaintiffs have valid claims against Carla J. Schaefer under this provision.**

16. Based upon and through her actions, the Defendant, CARLA J. SCHAEFER, interfered with the attainment of rights that unreported employees were entitled to under the Collective Bargaining Agreement, Agreements and Declarations of Trusts and ERISA.

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

**ANSWER:**

**Deny.**

17. Based upon and through her actions, the Defendant, CARLA J. SCHAEFER, Individually, is obligated to pay the delinquent contributions, liquidated damages, interest, attorney fees and court costs owed to the Plaintiffs, PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND *et al.,* pursuant to the Collective Bargaining Agreement, Agreements and Declarations of Trusts, and ERISA.

**ANSWER:**

**Deny.**

18. Pursuant to the terms of the Collective Bargaining Agreement and the Agreements and Declarations of Trusts, the Defendant is liable for, in addition to liquidated damages, interest, reasonable attorney fees, court costs and all other reasonable expenses incurred by the PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND *et al.* in connection with the collection of delinquent contributions from the Defendant.

**ANSWER:**

**Deny.**

19-22. Plaintiffs, PLUMBERS AND PIPEFITTERS NATIONAL FUND, *et al.* re-asserts and re-alleges paragraphs 12 through 15 of Count III as and for paragraphs 19 through 22 of Count IV as if fully set forth herein.

**ANSWER:**

> **Schaefer Plumbing & Piping, Inc. was dissolved November 22, 2011, and is not doing business. The allegations in these paragraphs are not made against Carla J. Schaefer and therefore require no response. To the extent an answer may be deemed required, deny.**

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

WHEREFORE, Carla J. Schaefer prays Count IV be dismissed and that she be awarded such other relief, including costs and reasonable attorneys' fees, as may be just.

## **DEFENSES**

Carla J. Schaefer, by Howard & Howard Attorneys PLLC, asserts the following defenses:

1. Carla J. Schaefer was not a signatory to any collective bargaining agreement or any of the Plaintiff funds and therefore has no liability to Plaintiffs.

2. Carla J. Schaefer did not guarantee any debts of Schaefer Plumbing & Piping, Inc. allegedly owing to Plaintiffs.

3. Schaefer Plumbing & Piping Inc. is a dissolved corporation, and there is no basis to attribute any of its liabilities to Plaintiffs, if any, to Carla J. Schaefer.

Respectfully submitted,

CARLA J. SCHAEFER

By_____/s/ Michael R. Lied_____

Howard & Howard
law for business·

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568

MICHAEL R. LIED, IL ARDC No. 06197844
HOWARD & HOWARD ATTORNEYS PLLC
One Technology Plaza, Suite 600
211 Fulton Street
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile:  309-672-1568
mlied@howardandhoward.com

## CERTIFICATE OF ELECTRONIC FILING

I, the undersigned, do hereby certify that on May 2, 2012, I electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to the following:

Britt W. Sowle
Cavanagh & O'Hara
1609 North Illinois Street
Swansea, IL  62226

/s/    *Michael R. Lied*

Howard & Howard
law for business

One North Main Building
Suite 610
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
fax 734.761.5957

200 South Michigan Avenue
Suite 1100
Chicago, IL 60604-2401
312.372.4000
fax 312.939.5617

Wells Fargo Tower
Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169-5980
702.257.1483
fax 702.567.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
fax 309.672.1568

450 West Fourth Street
Royal Oak, MI 48067-2557
248.645.1483
fax 248.645.1568